AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT



**LODGED**
CLERK, U.S. DISTRICT COURT
**3/16/26**
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MRV _____ DEPUTY

for the

Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
**3/16/2026**
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ asi _____ DEPUTY

United States of America,

        Plaintiff,

   v.

Thomas Jesse Bingham,

        Defendant.

Case No.  2:26-mj-01511-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of March 15, 2026 in the county of Los Angeles in the Central District of California, the

defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 111(a)(1) | Assault on a Federal Officer |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*/s/*
*Complainant's signature*

Alejandro Arrillaga, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:     03/16/2026

*Judge's signature*

City and state:   Los Angeles, California

Hon. A. Joel Richlin, U.S. Magistrate Judge
*Printed name and title*

AUSA: Eric L. Mackie

**AFFIDAVIT**

I, Alejandro Arrillaga, being duly sworn, declare and state as follows:

## I.  PURPOSE OF AFFIDAVIT

1.   This affidavit is submitted in support of a criminal complaint and arrest warrant for Thomas Jesse Bingham ("BINGHAM"), charging him with a violation of 18 U.S.C. § 111(a)(1) (Assault on a Federal Officer).

2.   The facts set forth in this affidavit are based on my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses involved in this investigation.  This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not set forth all of the information known to me or to other law enforcement officers involved in the investigation.  Unless otherwise indicated, all statements described herein are related in substance and in part only, and all dates and times are approximate.

## II. INTRODUCTION

3.   I am a Special Agent with the Transportation Security Administration ("TSA"), Office of Law Enforcement/Investigations, a component of the United States Department of Homeland Security.  I have been employed as a TSA Special Agent since January 2025 and am currently assigned to the Northeast Region office located at Baltimore-Washington International Airport ("BWI") in Hanover, Maryland.

4.    As a TSA Special Agent, I investigate violations of federal law, including assaults on federal officers, insider threats, cybercrimes, financial crimes, and other offenses affecting the safety and security of the transportation system.

5.    I have over thirteen years of federal law enforcement experience, including twelve years with the United States Capitol Police, where I served in multiple investigative and operational roles.  During my career, I have participated in numerous investigations and arrests involving assaults, disruptive conduct, and other violent crimes.  I have received training in criminal investigations, evidence collection, interview techniques, and arrest procedures, and I am familiar with investigating incidents involving violence against federal employees performing official duties.

### III.  SUMMARY OF PROBABLE CAUSE

6.    On March 15, 2026, Transportation Security Officer ("TSO") M.R. (the "victim"), a federal employee with the TSA, was leaving a restroom located in the sterile area connector between Terminals 6 and 7 at Los Angeles International Airport ("LAX") in Los Angeles, California.  Upon exiting, BINGHAM approached M.R. and accused him of taking his backpack and passport.  BINGHAM then forcibly assaulted M.R. by grabbing M.R.'s uniform, pulling M.R.'s TSA identification lanyard off his neck, and grabbing and pulling M.R.'s hair.

### IV.  STATEMENT OF PROBABLE CAUSE

7.    On March 15, 2026, at approximately 9:25 a.m., the Los Angeles International Airport ("LAX") Coordination Center

notified the TSA that an on-duty TSA Transportation Security Officer had been assaulted in the sterile area of the airport. I later learned through reviewing reports and speaking to witnesses that the victim was TSA Transportation Security Officer M.R., who was on duty and wearing his marked TSA uniform at the time of the incident.

8.    According to information provided by M.R. and video footage of the incident that I reviewed, the incident occurred in the sterile connector walkway between Terminals 6 and 7 at LAX in Los Angeles, California.

9.    Based on my review of the video footage and information obtained from the victim, I learned the following:

a.    M.R., a TSA employee, was in the restroom at LAX while wearing a fully marked TSA uniform when a man wearing a black shirt, black Nike pants, and a black Nike cap, later identified as BINGHAM, approached M.R. and asked about BINGHAM's passport.

b.    M.R. told BINGHAM he could not help him and walked out of the restroom.  BINGHAM then followed M.R. out of the restroom, yelled at him, grabbed M.R. by the arm, and pushed M.R. against a parked United Airlines golf cart.

c.    M.R. turned around while holding onto BINGHAM. BINGHAM then grabbed M.R.'s TSA identification lanyard off of M.R.'s neck and threw a punch towards M.R.  M.R. held onto BINGHAM in an attempt to stop BINGHAM from further assaulting him.

d. BINGHAM proceeded to grab M.R. by the head and hair and forcefully pushed him against a nearby glass wall, as depicted here:



e. M.R. repeatedly told BINGHAM to stop and attempted to disengage throughout the incident.

f. After BINGHAM pulled at M.R.'s hair, M.R. turned around, grabbed BINGHAM, and pulled him to the floor while yelling "get off me." BINGHAM continued to hold onto M.R. as M.R. yelled at BINGHAM to let him go. BINGHAM then grabbed onto M.R.'s leg as M.R. pushed down on BINGHAM's head. As M.R. held BINGHAM down to the ground, BINGHAM kicked at M.R. M.R. held BINGHAM to the ground until assistance arrived.

4

10.  As a result of the incident, M.R. reported experiencing pain in his hand and back and sought medical evaluation.

11.  I reviewed BINGHAM's travel documents, which confirmed that BINGHAM is an Australian national who was ticketed on United Airlines Flight 2741 from Los Angeles International Airport to Harry Reid International Airport in Las Vegas, Nevada.

12.  Officers with the Los Angeles World Airports ("LAWA") Police Department responded to the scene and conducted an investigation.  LAWA officers subsequently placed BINGHAM under arrest for battery under California Penal Code Section 242.

13.  During the investigation, BINGHAM's carry-on bag and passport were later located at a restaurant in Terminal 7 that BINGHAM had previously visited while in LAX.

14.  On March 16, 2026, I learned that BINGHAM booked an 8:00 p.m. flight departing to the United Kingdom from LAX on United Flight 923.

//

//

## V.   CONCLUSION

15.   For all the reasons described above, there is probable cause to believe that defendant has committed a violation of 18 U.S.C. § 111(a)(1): Assault on a Federal Officer.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 on this
16th day of March, 2026.

_____
HONORABLE A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

6