**F I L E D**
CLERK, U.S. DISTRICT COURT

4/15/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KM _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  2:26-cr-00222-SVW |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 111(a)(1), (b): Assault on a Federal Employee Resulting in Bodily Injury] |
| THOMAS JESSE BINGHAM, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. §§ 111(a)(1), (b)]

On or about March 15, 2026, in Los Angeles County, within the Central District of California, defendant THOMAS JESSE BINGHAM intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim M.R., an employee of the Transportation Security Administration, while M.R. was engaged in, and on account of, the performance of M.R.'s official duties, and in

//

//

doing so made physical contact with M.R., resulting in the infliction of bodily injury to M.R.

A TRUE BILL

/S/ _____
Foreperson

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

KYLE W. KAHAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

ERIC L. MACKIE
Assistant United States Attorney
Major Crimes Section

2